

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00082-CR

**IN RE** Ernesto **MEDINA**

Original Proceeding[1]

PER CURIAM

Sitting:       Luz Elena D. Chapa, Justice
               Beth Watkins, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: March 20, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On February 5, 2024, relator filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 2017-CR-4038, styled *State of Texas v. Ernesto Medina*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.